UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY JON MITTS,

                Plaintiff,

        - against -

WARDEN STRADA,

                Defendant.
------------------------------------------------------------X

**JUDGMENT**
12-CV-5538 (RRM)

      A Memorandum and Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day, denying the petition for a writ of habeas corpus, it is

      ORDERED AND ADJUDGED that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is denied; and that this case is hereby closed.

                                              SO ORDERED.

Dated: Brooklyn, New York
           February 28, 2013

                                         *Roslynn R. Mauskopf*
                                         _____
                                         ROSLYNN R. MAUSKOPF
                                         United States District Judge